## STATE v. CHINA

No. 346P02

Case below: 150 N.C. App. 469

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## STATE v. CLEVELAND

No. 35P03

Case below: 154 N.C. App. 742

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## STATE v. COLE

No. 324A94-2

Case below: Camden County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Camden County, denied 27 February 2003. As to issue No. 9, denied 27 February 2003 without prejudice pending completion of trial court's hearing on retardation issue.

## STATE v. COOPER

No. 594P02

Case below: 153 N.C. App. 524

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## STATE v. CULPEPPER

No. 281P02

Case below: 149 N.C. App. 977

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.